# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DISTRICT

| | |
|---|---|
| Jaylon Noel, on behalf of herself and others similarly situated, | )<br>) |
| | ) Case No. 2:24-cv-03811-JLG-EPD |
| Plaintiff, | )<br>) Judge James L. Graham |
| v. | )<br>) |
| | ) Magistrate Judge Elizabeth Preston Deavers |
| Puff for Tobacco, LLC | )<br>) |
| and | )<br>) |
| Mukaram Rashad Alhuthaife | )<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Now comes Jaylon Noel and Puff for Tobacco, LLC and Mukaram Rashad Alhuthaife by and through their respective undersigned counsel, and hereby stipulate as follows:

1. This case is dismissed with prejudice, each side to bear their own attorneys' fees and costs.

**STIPULATED TO BY:**

Dated:  November 11, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Michael L. Fradin*<br>Michael L. Fradin (0091739)<br>FRADIN LAW, LLC<br>8401 Crawford Ave., Suite 104<br>Skokie, Illinois 60076<br>(847) 986-5889<br>(847) 673-1228 (fax)<br>mike@fradinlaw.com | */s/ Scott Cochran*<br>Scott Cochran<br>Law Office of Scott Cochran<br>19 East Front Street, Suite 1<br>Youngstown, Ohio 44503<br>P: 330-743-6300<br>scochran@atwaycochran.com |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |